# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:09CR17

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| ALBERT CHARLES BURGESS ) | |

**THIS MATTER** is before the Court on Defendant's *pro se* motions filed June 17, 2009, and the Government's motion for a peremptory setting filed June 18, 2009.

For the reasons set forth in the Government's motion, the Court will grant a peremptory trial date for this case. As for Defendant's motions, the Court determines a hearing is necessary before the trial term begins on the issues raised therein.

**IT IS, THEREFORE, ORDERED** that the Government's motion for a peremptory setting is **ALLOWED**, and the trial of this matter will begin no earlier than **TUESDAY, JULY 14, 2009.**

The Clerk is directed to notice the parties for a hearing on the Defendant's *pro se* motions for **THURSDAY, JULY 2, 2009, AT 2:30 PM**, at the U.S. Courthouse in Asheville, North Carolina.

Signed: June 19, 2009

Lacy H. Thornburg
United States District Judge