**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:09cr17**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **ALBERT CHARLES BURGESS.** | ) | |

**THIS MATTER** is before the Court on the Government's Request for Peremptory Setting [Doc. 48].

The Court finds for the reasons stated in the motion, and defense counsel having no objection, that it should be granted. It is possible that the jury selection will occur on August 31, 2009; however, the evidentiary trial of the case will not begin earlier than September 8, 2009.

**IT IS, THEREFORE, ORDERED** that the Government's Request for Peremptory Setting [Doc. 48] is hereby **GRANTED** in part in that the evidentiary trial of the case shall not begin earlier than September 8, 2009.

Signed: August 7, 2009

Martin Reidinger
United States District Judge