UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09-CR-17-GCM

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| ALBERT CHARLES BURGESS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Motion to Be Appointed Co-Counsel. Defendant's motion is DENIED. Mr. Burgess does however have the constitutional right to proceed *pro se*. The Court directs Mr. Burgess to seek Mr. Devereux's counsel concerning the issues Mr. Burgess wishes to develop. While Mr. Burgess has the right to proceed *pro se*, the Court strongly urges that he keep the experienced, competent defense counsel who represents him now.

So ordered.

Signed: February 19, 2010

Graham C. Mullen
United States District Judge