IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09 cr 17

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs.  ) | ORDER |
| ) | |
| ALBERT CHARLES BURGESS. ) | |
| _____ ) | |

**THIS CAUSE** came on for hearing before the undersigned pursuant to a motion filed by defendant *pro se* entitled "Motion to Extend Time to Object to the PSI" (#106). It appearing, after making inquiry in open court that the United States, through Assistant United States Attorney Cortney Escaravage, has no objection to the defendant's motion, and as a result the motion will be allowed.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the "Motion to Extend Time to Object to the PSI" (#106) which the court has considered as a motion to extend time to object to the presentence investigation report will be **ALLOWED** and the time for the defendant to file any objections to the presentence investigation report will be enlarged up to and including **April 28, 2010.**

Signed: April 21, 2010

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge