# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09CR17

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| ALBERT CHARLES BURGESS. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's Motion for Sanctions Against the Ausa and Timothy Woo, Federal Probation Officer. This is the third time defendant has filed such a motion, and each time previous the court has advised defendant of the improper nature of the motion, and that if he does not believe the PSIR to be accurate, his remedy is to make specific objections to the PSIR.

Those warnings have gone unheeded, and the undersigned is now compelled to summarily deny this motion and report such motions as an abuse of the court. Defendant is advised that where a litigant files abusive pleadings and fails to heed warnings and orders of the court concerning such abuse, the district court may restrict his ability to make future filings.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Sanctions Against the Ausa and Timothy Woo, Federal Probation Officer (#137) is

**SUMMARILY DENIED** as redundant, abusive, and patently frivolous in light of earlier Orders explaining the proper method to object to the PSIR.

```
                              Signed: June 14, 2010
```

Dennis L. Howell
United States Magistrate Judge