UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09-CR-17-GCM

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) |  |
|  | ) | ORDER |
| ALBERT CHARLES BURGESS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

This matter is before the Court on Defendant's Letter to the Court dated 6/17/2010. As Defendant is his own counsel, he will continue to receive notice of all matters by way of CM/ECF letters.

Signed: June 30, 2010

Graham C. Mullen
United States District Judge