# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## No. 1:09-CR-17-GCM

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) ) ) | |
| v. | ) ) | **ORDER** |
| **ALBERT CHARLES BURGESS,** | ) ) ) | |
| Defendant. | ) | |

THIS MATTER is before the Court upon its own motion. It is hereby ORDERED that the sentencing hearing will be held at 10:00 AM on August 10, 2010 in Courtroom 2 of the United States Courthouse at 100 Otis Street, Asheville, North Carolina.

Signed: July 26, 2010

Graham C. Mullen
United States District Judge