IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09-CR-17

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALBERT C. BURGESS, JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's Motion for Miscellaneous Relief (Doc. 160). Defendant's Motion asks for various forms of relief without stating a legal basis for any of his requests. Accordingly, Defendant's Motion is summarily denied, for it raises no new *legal* issues that have not yet been adjudicated. Defendant is advised to spend the remaining time he has between now and sentencing to adequately prepare his defense. In that vein, Defendant is encouraged to consult with stand-by counsel in preparing said defense.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Miscellaneous Relief (Doc. 160) is hereby **DENIED.**

Signed: August 9, 2010