IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:09-CR-17

FILED
CHARLOTTE, NC

AUG 0 9 2010

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALBERT CHARLES BURGESS, JR. | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Defendant's Motion for Sanctions against the U.S. Attorney. (Doc. 164). For the following reasons, Defendant's Motion is **DENIED**.

The Court takes judicial notice that the motion Defendant files here is duplicative of previous requests for relief. (Doc. 120). As Defendant's arguments have already been considered and rejected, the motion is hereby **DENIED**.

**IT IS THEREFORE ORDERED** that Defendant's Motion for Sanctions (Doc. 164) is **DENIED**.

Signed: August 9, 2010

Title of Signing Officer
United States District Court