IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
No. 1:09-CR-17

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ALBERT CHARLES BURGESS, JR. ) | |
| ) | |

**THIS MATTER** is before the Court upon Defendant's Motion for Waiver of Maximum Fee Amount. (Doc. 169). For the following reasons, Defendant's Motion is **GRANTED**.

Defendant requests the Court authorize payment of attorney fees in excess of the maximum amount authorized under the CJA Act. 18 U.S.C. § 3006A(d)(2) (2010). As he provides sufficient facts to support his contention that such waiver is appropriate in this case, the motion is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's Motion Waiver of Maximum Fee (Doc. 169) is **GRANTED**.

Signed: August 9, 2010



Title of Signing Officer
United States District Court