# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cr17-GCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALBERT CHARLES BURGESS, | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on remand from the Fourth Circuit following a finding that the original amount of restitution ordered by the Court be vacated. *United States v. Burgess*, 684 F.3d 445, 460 (4th Cir. 2012). The Fourth Circuit has remanded the case "for an individualized determination of proximate causation and, if such causation is found, for a restitution award consistent with the principles expressed in [the Fourth Circuit's] opinion." *Id.*

In light of the recent Supreme Court holding in *Paroline v. United States.*, 134 S. Ct. 1710 (2014), regarding the interpretation of causation pertaining to 18 U.S.C. § 2259, this Court directs each party to submit a brief addressing the effect of *Paroline* and *Burgess* on the resentencing.

**IT IS, THEREFORE, ORDERED** that the Government and the Defendant submit briefs to the Court addressing the effect of *Paroline* in conjunction with the Fourth Circuit's decision in *Burgess* on the remand order. Each party's brief must be submitted within forty-five (45) days of entry of this Order and must be no longer than fifteen (15) pages in length. Sentencing in this case

will be scheduled thereafter.

Signed: July 1, 2014

Graham C. Mullen
United States District Judge