# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NO: 1:09-cr-17 |
| | ) | |
| ALBERT CHARLES BURGESS | ) | **ORDER** |

**THIS MATTER** is before the Court concerning the Government's Sentencing Memorandum (Doc. No. 239) filed pursuant to the Court's order of July 1, 2014. If the Defendant wishes to file a response to the Government's brief, he may do so within fourteen (14) days of the date of this order.

**IT IS THEREFORE ORDERED** that the Defendant, Albert Burgess, has fourteen (14) days from the date of this order in which to file a response to the Government's Sentencing Memorandum if he so chooses.

**SO ORDERED.**

Signed: September 2, 2014

Graham C. Mullen
United States District Judge

1