UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09-cr-17

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| ALBERT CHARLES BURGESS ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Set Aside Conviction—Conflict of Interest by Stand-By and Trial Counsel" (Doc. No. 250), filed on October 1, 2014. Defendant's motion appears to be a duplicative § 2255 petition in that it asserts the same baseless allegations raised in his parallel § 2255 case (3:12-cv-375). The Court dismissed Defendant's § 2255 petition by written order on February 26, 2015. (*See* Doc. No. 266). Thus, because Defendant's motion is procedurally improper, and for the additional substantive reasons stated in the Court's order (Doc. No. 266), Defendant's motion is **DENIED**.

The Clerk of Court is directed to send a copy of this order to Defendant.

**SO ORDERED.**

Signed: February 27, 2015

Graham C. Mullen
United States District Judge

1