UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
1:09-cr-17

| ALBERT CHARLES BURGESS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Reconsider Denial of Motion for New Trial" (Doc. No. 283). For the reasons stated in the Court's previous orders (Doc. Nos. 266 & 267), Defendant's motion is **DENIED**. The Clerk of Court is directed to send a copy of this order to Defendant.

**SO ORDERED.**

Signed: June 3, 2015

Graham C. Mullen
United States District Judge

1