# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL ACTION NO. 1:09-CR-00017-GCM-WCM

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> v. <br><br> ALBERT CHARLES BURGESS, <br><br> Defendant. | ORDER |

**THIS MATTER COMES** before this Court on the Court's own motion. Defendant Albert Charles Burgess filed a Motion for Compassionate Release/Reduction of Sentence (Doc. No. 389) and another Motion for Compassionate Release/Reduction of Sentence (Doc. No. 391). The Court instructs the Government to respond to those Motions within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: January 12, 2021

Graham C. Mullen
United States District Judge