# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CRIMINAL ACTION NO. 1:09-cr-00017-GCM-WCM

| | |
|---|---|
| USA<br><br>v.<br><br>ALBERT CHARLES BURGESS,<br><br>Defendant. | **ORDER** |

**THIS MATTER** comes before the Court on its own motion. Defendant Albert Charles Burgess filed an Amended Motion for Compassionate Release (ECF No. 437). The Court instructs the Government to respond to this Motion within 60 days of entry of this Order.

**SO ORDERED**.

Signed: May 13, 2024

Graham C. Mullen
United States District Judge